

# MANDATE

# The Fourteenth Court of Appeals

## NO. 14-13-00952-CR

William Ray Parker, Appellant

v.

The State of Texas, Appellee

Appealed from the 10th District Court of Galveston County. (Tr. Ct. No. 12CR2532). Opinion delivered by Justice McCally. Chief Justice Frost and Justice Boyce also participating.

**TO THE 10TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before our Court of Appeals on March 17, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, June 12, 2015.

CHRISTOPHER A. PRINE, CLERK